## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br><br>**Plaintiff,** )<br><br>**vs.** )<br><br>**ROBERT BROWN,** )<br>**a/k/a "ROBERT BOGAN,"** )<br>**a/k/a "ROBERT BOLTON,"** )<br>**a/k/a "WALTER BOLTON,"** )<br>**a/k/a "LEON BROWN,"** )<br>**a/k/a "ERNEST MERRIWEATHER,"** )<br><br>**Defendant.** ) | **Criminal No.** 10-20320 M1<br><br>**18 U.S.C. § 922(g)** |

## I N D I C T M E N T

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about January 1, 2010, in the Western District of Tennessee, the defendant,

---------------------------------------------**ROBERT BROWN** --------------------------------------------

-------------------------------------------- **a/k/a "ROBERT BOGAN"** --------------------------------------

------------------------------------------ **a/k/a "ROBERT BOLTON"** ------------------------------------

---------------------------------------- **a/k/a "WALTER BOLTON"** ---------------------------------------

------------------------------------------ **a/k/a "LEON BROWN"** ------------------------------------------

having previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, did knowingly possess in and affecting interstate commerce, a

firearm, that is a Marlin-Glenfield .22 caliber rifle, in violation of Title 18, United States Code, Section 922(g).

A TRUE BILL:

s/Grand Jury Foreperson

FOREPERSON

DATED: 9/21/10

UNITED STATES ATTORNEY